IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

QUANARDO TAYLOR,

    PLAINTIFF,

    v.

CO D. REINARD,

    DEFENDANT.

No. 3:12-CV-891

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this 17th day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 17) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 17) is **ADOPTED.**

(2)     Plaintiff's Motion for a Preliminary Injunction (Doc. 10) is **DENIED**.

(3)     This matter is **RECOMMITTED** to Magistrate Judge Smyser for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge