IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

QUANARDO TAYLOR,

    Plaintiff,

v.

D. REINARD,

    Defendant.

CIVIL ACTION NO. 3:CV-12-0891

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 26th of August, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 44) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 44) is **ADOPTED**.

(2) Defendant Reinard's Motion to Dismiss, or in the alternative, For Summary Judgment (Doc. 31) is **GRANTED**.

(3) Judgment is **ENTERED** for Defendant Reinard and against Plaintiff Quanardo Taylor.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge